[No. 46070-0-II.   Division Two.   December 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB K. BACKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 13-1-00190-9, George L. Wood, J., entered March 25, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.

[No. 46134-0-II.   Division Two.   December 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM CHARLES BOUCK, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-1-00333-1, Stephen M. Warning, J., entered March 25, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 46162-5-II.   Division Two.   December 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL ANGEL ALBARRAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-01301-1, Barbara D. Johnson, J., entered April 16, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 46350-4-II.   Division Two.   December 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS LEE FLOYD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00019-6, Frank E. Cuthbertson, J., entered May 5, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Sutton, JJ.